# Court of Appeals
## Tenth Appellate District of Texas

10-26-00059-CR

Akylon Kyle Benson,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2025-379-C1

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Akylon Kyle Benson attempts to appeal an order placing him on deferred adjudication. The certificate of right of appeal signed by the trial court, Benson, and Benson's trial counsel indicates that this "is a plea-bargain case, and the defendant has NO right of appeal." By letter dated February 13, 2026, the Clerk of this Court advised Benson that this appeal would be dismissed

unless a response was received showing grounds for continuing the appeal. No response has been received.

Because the trial court's certification of right of appeal signed by Benson indicates that Benson did not have the right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, this appeal is dismissed.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 12, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
CR25

